| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ryan Andersen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–5362** <br> EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | |
| Case number: **23–24027   KRA** | Chapter 7 | Petition date: 9/12/23 |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Ryan Andersen

<u>12/20/23</u>                                                            **By the court:** <u>Kevin R. Anderson</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re: Case No. 23-24027-KRA
Ryan Andersen Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 3
Date Rcvd: Dec 20, 2023 Form ID: 318 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan Andersen, 2638 W 2825 N, Ogden, UT 84404-9482 |
| 12298270 | | Aldous, 4659 S 2300, Holladay, UT 84117 |
| 12298273 | + | America First Credit Union Registered Ag, SHAREE DICKEY, 4774 S 1300 W, Ogden, UT 84405-3621 |
| 12298276 | + | Brad Taylor, c/o Stewart Title, 1518 North Woodland Park Drive, Layton, UT 84041-5752 |
| 12298277 | + | Brody Hyer, 433 North 1500 West, Marriot-Slatersville, UT 84404-4746 |
| 12298278 | + | Bryan Andrew andErica McClelland, 633 WEST 2325 NORTH, Layton, UT 84041-4059 |
| 12298286 | + | Doug and Cindy Simmons, 2556 W 2900 N, Farr West, UT 84404-8149 |
| 12298287 | | Elijah Milne, 192 East 200 North, Third Floor, Saint George, UT 84770 |
| 12298290 | + | Freedom Mortgage Co, 1660 Murray Holladay RD, Salt Lake City, UT 84117-5008 |
| 12298292 | + | Garrett Walker, 299 S. Main Street, Suite 1300, Salt Lake City, UT 84111-2241 |
| 12298295 | + | James Nicholas Hefner, 11593 ANNA EMILY DRIVE, South Jordan, UT 84095-1261 |
| 12298296 | + | Jeremy Sink, 36 South State Street, Suite 1900, Salt Lake City, UT 84111-1478 |
| 12298298 | ++ | KNIGHT ADJUSTMENT BUREAU, 5525 S 900 E STE 215, SALT LAKE CITY UT 84117-3500 address filed with court:, Knight Adj, 823 E 400 S, Salt Lake City, UT 84102 |
| 12298300 | + | Meghan Stettler, 420 North Main Street, Unit 36, Kaysville, UT 84037-1191 |
| 12298305 | + | Stephen Zacaardi, 4846 E 2775 N, Eden, UT 84310-9714 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12307196 | + | EDI: AISACG.COM | Dec 21 2023 04:27:00 | Ally Financial, c/o AIS Portfolio Services LLC, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 12298271 | + | Email/Text: e-bankruptcy@americafirst.com | Dec 20 2023 23:33:00 | Amer Fst Cu, Po Box 9199, Ogden, UT 84409-0199 |
| 12298272 | + | Email/Text: e-bankruptcy@americafirst.com | Dec 20 2023 23:33:00 | America First Credit U, 1344 W 4675 S, Riverdale, UT 84405-3690 |
| 12298274 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2023 23:37:45 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 12298275 | + | Email/Text: banko@bonncoll.com | Dec 20 2023 23:33:00 | Bonneville Billing & Collections cc, PO Box 150621, Ogden, UT 84415-0621 |
| 12298279 | + | EDI: CAPITALONE.COM | Dec 21 2023 04:27:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 12298280 | + | EDI: WFNNB.COM | Dec 21 2023 04:27:00 | Cb/Samuels, Po Box 29168, Shawnee Missio, KS 66201-9168 |
| 12298281 | + | EDI: WFNNB.COM | Dec 21 2023 04:27:00 | Cb/Vicscrt, Po Box 182273, Columbus, OH 43218-2273 |
| 12298282 | | EDI: CITICORP | Dec 21 2023 04:27:00 | Cbna, 133200 Smith Rd, Cleveland, OH 44130 |
| 12298283 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2023 23:37:37 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 12298284 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2023 23:37:38 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 12298285 | + | Email/Text: bankruptcies@crownasset.com | Dec 20 2023 23:33:00 | Crown Asset Management, 3100 BRECKINRIDGE BLVD, SUITE 725, Duluth, GA 30096-7605 |
| 12298288 | + | Email/Text: bankruptcy@expressrecovery.com | Dec 20 2023 23:33:00 | Express Rcvy, 3782 W 2340 S, Salt Lake City, UT 84120-7229 |
| 12298289 | + | EDI: PHINGENESIS | Dec 21 2023 04:27:00 | Feb Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 12298291 | ^ | MEBN | Dec 20 2023 23:26:39 | Freedom Mtg, 951 W Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 12298294 | | EDI: IRS.COM | Dec 21 2023 04:27:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12298297 | + | EDI: FKSTEVENS | Dec 21 2023 04:27:00 | Kimberly Stevens, 1104 Country Hills Drive, Ste. 750, Ogden, UT 84403-2472 |
| 12298301 | + | Email/Text: clarson@macu.com | Dec 20 2023 23:33:00 | Mtn Amer Cu, 660 S 200 East, Salt Lake City, UT 84111-3835 |
| 12298302 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2023 23:38:15 | Ollo/Cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 12298307 | + | EDI: SYNC | Dec 21 2023 04:27:00 | Syncb/Ashhom, Po Box 981439, El Paso, TX 79998-1439 |
| 12298308 | + | EDI: SYNC | Dec 21 2023 04:27:00 | Syncb/Luxury, Po Box 981439, El Paso, TX 79998-1439 |
| 12298309 | + | EDI: SYNC | Dec 21 2023 04:27:00 | Syncb/Merv, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 12298310 | + | EDI: SYNC | Dec 21 2023 04:27:00 | Syncb/Slpnbr, P.O. Box 276, Dayton, OH 45401-0276 |
| 12298311 | | EDI: UTAHTAXCOMM.COM | Dec 21 2023 04:27:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-3340 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12298293 | | HOWARD KENT, Trustee of the SLI COMMERCIAL RE, 445 EAST 2ND SOUTH, RETURNED MAIL--99999 |
| 12298299 | | Loancare Llc, 2420 Virginia Beach, RETURNED MAIL--99999 |
| 12298303 | | Outsource Receivables, 3017 Taylor Ave, RETURNED MAIL--99999 |
| 12298304 | | Premier Furn, 6910 W Bell Rd Ste, RETURNED MAIL--99999 |
| 12298306 | | Sunpro, 482 W. 800 N., RETURNED MAIL--99999 |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023　　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Miller tr | davidlmillerpc@msn.com dlm50@trustesolutions.net |
| E. Kent Winward | on behalf of Debtor Ryan Andersen utahbankruptcyfirm@gmail.com winlawecf@gmail.com;bcsummarymails@gmail.com;r39103@notify.bestcase.com;3920@notices.nextchapterbk.com;3295273420@filings.docketbird.com;casedriverecf@casedriver.com;casedriverecfg@gmail.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3